UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____ - Civ  Judge_____

WINSOME MARTIN,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

COME(S) NOW the Plaintiff, WINSOME MARTIN, by and through her undersigned counsel, and sues Defendant, UNITED STATES OF AMERICA, and allege:

1. This is an action for damages exceeding the sum of Seventy Five Thousand Dollars ($75,000), exclusive of interest, costs, and attorney's fees brought pursuant to the Federal Tort Claims Act 28 USC §2671, et seq.

2. This Court has jurisdiction pursuant to 28 USC § 1346(b).

3. Plaintiffs' claims were initially presented in writing to the Defendant, United States of America, by Form 95 submitted in a timely fashion and in accordance with provisions of 28 USC §275 on February 9, 2011.

4. Defendant, United States of America, Federal Bureau of Investigation, failed to respond to the Form 95 and, thus, on or about August 14, 2011, the claims were deemed denied, by operation of law.

5. All conditions precedent to the bringing of this action have been performed or have occurred.

TN

6. This is a personal injury action arising out of the injury to Plaintiff, WINSOME MARTIN, on or about June 21, 2010 in West Palm Beach, Florida at or near 1700 Forest Hill Boulevard. At the time and place aforementioned, Federal Bureau of Investigation employee, Jeffrey A. Danik, while acting within the scope of his office or employment, at the Federal Bureau of Investigation, so negligently operated and maintained a motor vehicle owned by the Federal Bureau of Investigation, so as to cause it to come into contact with a motor vehicle owned and operated by Plaintiff, WINSOME MARTIN.

7. At all times material, Agent Jeffrey A. Danik was employed by the Federal Bureau of Investigation, an Agency of the United States of America.

8. At all times material, Jeffrey A. Danik was acting within the scope of his office or employment, at the Federal Bureau of Investigation.

9. As a direct and proximate result of the negligence of Jeffrey A. Danik, Plaintiff, WINSOME MARTIN, was injured, and has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, WINSOME MARTIN, demands judgment against the United States of America, for all damages proximately caused by the negligence of the United States of America, costs, and all other damages deemed just and necessary by the Court.

DATED: April 13, 2012.

LAW OFFICES OF CRAIG GOLDENFARB, P.A.
Attorneys for Plaintiff
2090 Palm Beach Lakes Blvd., Suite 402
West Palm Beach, FL 33409
(561) 697-4440

By: _____
ANTHONY GOODMAN
Fla. Bar No.: 019641

001861

3