UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80395-RYSKAMP/HOPKINS

WINSOME MARTIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court on the parties' stipulation of dismissal with prejudice **[DE 33]** filed on December 10, 2013.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  The Court will retain jurisdiction to enforce the parties' Joint Stipulation of Compromise Settlement for a period of one year from the date of this Order.  The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 17 day of December, 2013.

                                                  /s/ Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE